O

1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,         )
                                      )
12              Plaintiff,            )     SA 08-0090M
                                      )
13       v.                           )     ORDER OF DETENTION AFTER HEARING
                                      )           (18 U.S.C. § 3142(i))
14  JESUS JUAN MARTINEZ MELCHOR,      )
                                      )
15              Defendant.            )
                                      )
16

17                                    I.

18   A. (  ) On motion of the Government involving an alleged

19       1. (  ) crime of violence;

20       2. (  ) offense with maximum sentence of life imprisonment or death;

21       3. (  ) narcotics or controlled substance offense with maximum sentence of ten or more years

22              (21 U.S.C. §§ 801,/951, et. seq.,,/955a);

23       4. (  ) felony - defendant convicted of two or more prior offenses described above.

24   B. On motion (  ) (by the Government) / (  ) (by the Court sua sponte involving)

25       1. ( X )  serious risk defendant will flee;

26       2. (  ) serious risk defendant will

27          a. (  ) obstruct or attempt to obstruct justice;

28          b. (  ) threaten, injure, or intimidate a prospective    witness or juror or attempt to do so.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

II.

The Court finds no condition or combination of conditions will reasonable assure:

A. ( X )    appearance of defendant as required; and/or

B. ( ) safety of any person or the community;

III.

The Court has considered:

A. ( x ) the nature and circumstances of the offense;

B. (x) the weight of evidence against the defendant;

C. (x) the history and characteristics of the defendant;

D. ( ) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because:


B. (x )    History and characteristics indicate a serious risk that defendant will flee because:

**Defendant is undocumented.  He has no ties to the community and no bail resources.**


C. ( ) A serious risk exists that defendant will:

1. ( )   obstruct or attempt to obstruct justice;

2. ( )   threaten, injure or intimidate a witness/ juror; because:


D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

///

///

///

///

1     IT IS ORDERED that defendant be detained prior to trial.

2     IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3 facility separate from persons awaiting or serving sentences or person held pending appeal.

4     IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5 consultation with his counsel.

8 Dated: March 10, 2008

10     Marc L. Goldman
    U.S. Magistrate Judge